PAN-0901



Personnel Action Notification

**Chad E White**

Employee ID: JMT0105

Personnel ID: 

Agency Code: 54520
Cabinet: Justice & Public Safety Cabinet
Agency: Kentucky State Police

Dear Chad White,

Upon the recommendation of your appointing authority, on May 01, 2020 the Personnel Cabinet processed the following action(s) in KHRIS:

| Start Date | Action Type |
|---|---|
| May 01, 2020 | ZG Retirement - 02 Normal |

| FROM | | TO | |
|---|---|---|---|
| Job Id: | 20000020 | Job Id: | 20000020 |
| Job Title: | Police Colonel -CH16 | Job Title: | Police Colonel -CH16 |
| Pos Id: | 31101867 | Pos Id: | 99999999 |
| Salary: | 9,048.24 | Salary: | 9,048.24 |
| Org Id: | 10105408 | Org Id: | 10105408 |
| Org Unit: | Kentucky State Police | Org Unit: | Kentucky State Police |
| Pay Grade: | 00 | Pay Grade: | 00 |
| Work County: | 037 | Work County: | |

Remarks:

\* If any of the above information is incorrect, please contact your agency human resources office.

PAN-0901



### Personnel Action Notification

**Chad E White**

Employee ID: JMT1239

Cabinet: Justice & Public Safety Cabinet
Agency: Kentucky State Police

Dear Chad White,

Upon the recommendation of your appointing authority, on July 02, 2024 the Personnel Cabinet processed the following action(s) in KHRIS:

| Start Date | Action Type |
|---|---|
| July 02, 2024 | Z1 Appointment - 99 Correct - Appointment |

| FROM | | TO | |
|---|---|---|---|
| Job Id: | 00000000 | Job Id: | 20000020 |
| Job Title: | | Job Title: | Police Colonel -CH16 |
| Pos Id: | 00000000 | Pos Id: | 31164999 |
| Org Id: | 00000000 | Org Id: | 10105408 |
| Org Unit: | | Org Unit: | Kentucky State Police |
| Work County: | | Work County: | 037 |

Remarks: 18A-CH16.37.5-40.SALARY REMAINS THE SAME.CORR. POS# SHOULD BE 31164999. PER AA.CORR. SAL FR. $9000.00 TO $9600.00 37.5 TO 40 NOT ELIGIBLE FOR 6 MONTH PROBATIONARY INCREASE

* If any of the above information is incorrect, please contact your agency human resources office.

PAN-0901



## Personnel Action Notification

Phillip Burnett





Cabinet: Justice & Public Safety Cabinet
Agency: Kentucky State Police

Dear Phillip Burnett,

Upon the recommendation of your appointing authority, on November 05, 2020 the Personnel Cabinet processed the following action(s) in KHRIS:

**Start Date**            **Action Type**
November 05, 2020    Z8 Position Number Change-Interna - 03 Promotion

| FROM | | TO | |
|---|---|---|---|
| Job Id: | 20000019 | Job Id: | 20000020 |
| Job Title: | Police Lieutenant Colonel -CH16 | Job Title: | Police Colonel -CH16 |
| Pos Id: | 30035832 | Pos Id: | 31101867 |
| Org Id: | 10202204 | Org Id: | 10105408 |
| Org Unit: | Office of Operations | Org Unit: | Kentucky State Police |
| Work County: | 037 | Work County: | 037 |

Remarks:

\* If any of the above information is incorrect, please contact your agency human resources office.

PAN-0901



Personnel Action Notification

Michael C Rogers

Employee ID:SMM0033

Cabinet: Justice & Public Safety Cabinet
Agency: Kentucky State Police
Office: Office of Operations

Dear Michael Rogers,

Upon the recommendation of your appointing authority, on May 01, 2021 the Personnel Cabinet processed the following action(s) in KHRIS:

**Start Date**
May 01, 2021

**Action Type**
Z8 Position Number Change-Interna - 03 Promotion

| FROM | | TO | |
|---|---|---|---|
| Job Id: | 20000018 | Job Id: | 20000019 |
| Job Title: | Police Major -CH16 | Job Title: | Police Lieutenant Colonel -CH16 |
| Pos Id: | 30035835 | Pos Id: | 30035832 |
| Org Id: | 10202224 | Org Id: | 10202204 |
| Org Unit: | Division of Special Enforcement | Org Unit: | Office of Operations |
| Work County: | 037 | Work County: | 037 |

Remarks:

* If any of the above information is incorrect, please contact your agency human resources office.