IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF KENTUCKY

(AT LOUISVILLE)

CASE NUMBER: 3:20-CV-00703

JUDGE JENNINGS

KEVIN HORNBACK, ET AL.                              PLAINTIFFS

    vs.

THOMAS CZARTORSKI, ET AL.                           DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \*

DEPONENT:           SERGEANT A. SCOTT BROWN

DATE:               JANUARY 18, 2021

\* \* \* \* \* \* \* \* \* \* \*

Mindy Davis

Certified Court Reporter

Barlow Reporting & Video Service, LLC

620 Washington Street
Covington, Kentucky  41011
(859)261-8440

```
 1                              INDEX

 2    SERGEANT A. SCOTT BROWN

 3                                                        PAGE

 4    Cross-Examination By Mr. Wiest                        4
      Examination By Mr. Combs                             26
 5    Recross-Examination By Mr. Wiest                     27

 6


 7                            EXHIBITS

 8    EXHIBIT               DESCRIPTION                   PAGE

 9    1            Oath of Office documentation             4
      2            Defendant Brown's Responses to           4
10                 Plaintiff's First set of
                   Interrogatories
11    3            The Warrior Mindset                      4
                   documentation
12    4            Internal Affairs documentation           4
      5            General Order OM-B-4                     4
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1     The videotaped deposition of SERGEANT A. SCOTT
2  BROWN, taken for the purpose of discovery and/or use
3  as evidence in the within action, pursuant to notice,
4  heretofore taken via Zoom, on January 18, 2021, at
5  1:00 p.m., upon oral examination, and to be used in
6  accordance with the Kentucky Rules of Federal
7  Procedure.
8                    * * * * * * * *
9                       APPEARANCES
10 ATTORNEY FOR PLAINTIFFS:
11 Christopher D. Wiest, Esq.
   Thomas B. Bruns, Esq.
12 25 Town Center Boulevard
   Suite 104
13 Crestview Hills, Kentucky  41017
14 ATTORNEY FOR DEFENDANTS:
15 Brenn O. Combs, Esq.
   KENTUCKY STATE POLICE LEGAL OFFICE
16 919 Versailles Road
   Frankfort, Kentucky  40601
17
18                   * * * * * * * *
19
20
21
22
23
24
25

1  you what the resistance was that they said Alex
2  Hornback engaged in?
3      A.   Trooper Wright advised me that he asked the
4  suspect to get up and turn around and he went to
5  place his hands on him and Mr. Hornback jerked away
6  from him or pulled away from him and at that point he
7  took him to the ground because he was actively
8  resisting.
9      Q.   Did he indicate what time frame that
10 occurred?
11     A.   Sometime during the execution of the
12 warrant.
13     Q.   But in terms of how long that lasted, he
14 didn't indicate that to you in any way?
15     A.   No.
16     Q.   All right.  Did anyone relay to you whether
17 or not they had struck Mr. Hornback with any sort of
18 object while he was on the ground?
19     A.   Can you clarify object?
20     Q.   Sure.  A flashlight or an ASP.
21     A.   No.
22     Q.   You would have expected them to have told
23 you if they had done that, right?
24     A.   Yes.
25     Q.   Because if they would have struck

Page 16

```
1    Mr. Hornback with a flashlight or an ASP, that would
2    have required a report to be filled out, correct?
3         A.    That would have required notification to
4    me, yes.
5         Q.    And in turn, you would have filled out a
6    report concerning that resistance report, right?
7         A.    It depends on the level of force that was
8    used at the time of the arrest.
9         Q.    Striking a suspect with a flashlight or an
10   ASP repeatedly, would that have given rise to the
11   need for a report?
12        A.    Repeatedly, that should be a report to the
13   supervisor, yes, the supervisor on duty.
14        Q.    Okay.  Did you ask him whether or not they
15   struck him at all?
16        A.    There was some conversation about it, but I
17   don't remember if I directly asked them.
18        Q.    And what was the conversation about?
19        A.    Basically the conversation that I had after
20   I talked to all three troopers or my understanding
21   after talking to all three troopers individually by
22   telephone, is that Mr. Hornback resisted and tried to
23   pull away from Trooper Wright when he took him to the
24   ground.
25        Q.    Okay.  And what about concerning the use of
```

Page 17

1  any objects, was that discussed at all?
2       A.   I was not notified of any objects being
3  used on Mr. Hornback.
4       Q.   All right.  And just to be clear, what was
5  reported to you was that his resistance was somehow
6  jerking away?
7       A.   Yes.  He's pulling away after he was
8  advised he was under arrest.
9       Q.   Did you have the opportunity to discuss
10 this lawsuit with any of the other three troopers?
11      A.   Briefly, yes.
12      Q.   And I don't want to -- let me ask.  Was
13 legal counsel present for that, because, if so, I
14 don't want to ask about the details of it, for those
15 discussions or not?
16      A.   Prior to the lawsuit, we discussed it
17 obviously.  There may have been some generalities
18 discussed about the event itself, but I don't recall.
19 And then, of course, we had counsel discussion --
20      Q.   Yeah.  I don't want to get into any
21 discussion you had with counsel present, so I'm not
22 asking about that --
23      A.   Sure.
24      Q.   -- but at any point in time, other than
25 when counsel was present, was the discussion about

```
 1                            )
 2   COMMONWEALTH OF KENTUCKY  )
 3                            )
 4        I, Mindy Davis, Notary Public for the
 5   Commonwealth of Kentucky, do hereby certify:
 6        That the witness named in the deposition, prior
 7   to being examined, was by me duly sworn;
 8        That said deposition was taken before me at the
 9   time and place therein set forth and was taken down
10   by me in shorthand and thereafter transcribed into
11   typewriting under my direction and supervision;
12        That said deposition is a true record of the
13   testimony given by the witness and of all objections
14   made at the time of the examination.
15        I further certify that I am neither counsel for
16   nor related to any party to said action, nor in any
17   way interested in the outcome thereof.
18        IN WITNESS WHEREOF I have subscribed my name
19   and affixed my seal this 27th day of January, 2021.
20
21
22                      MINDY DAVIS
23                      Notary Public
24                      My Commission expires: 05/28/24
                                                KYNP7379
25
```