IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

Case No. 3:25-cv-363-DJH

**DAWSON BLEVINS**                                                                                              **PLAINTIFF,**

v.

**JAMES CAMERON WRIGHT,** *et al.*                                                                  **DEFENDANTS.**

**ORDER**

For the reasons set forth in the separate Memorandum Opinion and Order entered this date, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Plaintiffs' claims against Kentucky State Police Commissioner Phillip Burnett, Jr., Deputy Commissioner Chad White, and Lieutenant Colonel Michael Rogers, are **DISMISSED** for failure to state a claim upon which relief may be granted, pursuant to Fed. R. Civ. P. 12(b).